PETTY OFFENSE MINUTE SHEET – Harrisonburg Division

Case No.:  51:20po24                                         Date: 12/18/20

Defendant:  Matthew B. Long, waived appearance

Counsel: Lisa Lorish, AFPD

PRESENT:   Judge:   Joel C. Hoppe, USMJ
                Deputy Clerk: Karen Dotson            Time in court:   9:20-9:25=5 min
                Court Reporter: Karen Dotson, Zoom
                AUSA:   Sean Welsh
                Ranger:   Kevin Moses
                USPO:   Jason Jones

__X___ Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
_____ Defendant waives counsel; advises court wishes to proceed today without counsel.
_____ Defendant requests appointment of counsel. _____ Court grants request for appointment of counsel.
_____ Defendant moves for continuance.   Court trial continued to _____

| OFFENSE CHARGED | PLEA | FINDINGS/SENTENCE |
|---|---|---|
| DUI |  | Dismissed as per plea agreement |
| Open Container of Alcohol |  | Dismissed as per plea agreement |
| Failure to wear safety belt | G | Fine $200, SA $10, 7 days to pay |
|  |  |  |

__X___ Defendant sworn, questioned and advised of rights on plea of guilty. Government proffers/presents evidence to support plea and rests
_____ Court trial held
_____ Appeal rights stated by the court
_____ 18 USC § 3607
Comments/Additional Information:

All parties present by Zoom, dft waived appearance
Plea agreement reached